Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

MICHELLE R. HOFERITZA

) Chapter 13
)
) Case No.: 8:09-bk-19610-RK
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300793** in the sum of **$1.86** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

MICHELLE R. HOFERITZA
42 SANTA SOPHIA
RANCHO SANTA MARGARITA, CA 92688

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0919610 | MICHELLE R. HOFERITZA ACCT: | Claim: 00000 | XXX-XX-4302 | 1.86 | 0.00 | 1.86 |
| | | TOTALS | | 1.86 | 0.00 | 1.86 |

MICHELLE R. HOFERITZA

BALANCE:            [0.00  13/00000]
SSN: XXX-XX-4302   SSN:
ACCT:                          CASE: 0919610
PRINCIPAL:     1.86   INTEREST:       0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**          SUNTRUST          64-79/611          0300793
**CHAPTER 13 TRUSTEE**      800-786-8787
CHAPTER 13 TRUSTEE                                            Jul 23, 2010
PO BOX 809
ORANGE, CA 92856                                             VOID 90 DAYS FROM DATE

*********$1.86

**PAY**    One And 86 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300793⑈ ⑆061100790⑆ 0000005751862⑈